UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW TORO, on behalf of himself and all others similarly situated,

                        Plaintiff(s),

-against-

GROOMING LOUNGE.COM LLC,

                        Defendant(s).

23-CV-1857 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Whereas on June 13, 2023, Judge Failla, sitting in Part I, granted an extension of the deadline for Defendant to answer or move with respect to the Complaint to July 12, 2023, as the parties represented that they were negotiating in good faith to resolve the matter amicably. It is now one week past the deadline, and no answer or motion with respect to the Complaint has been filed.

IT IS HEREBY ORDERED that, by **July 24, 2023**, the parties submit a joint letter informing the Court whether the parties have settled. If the parties have not reached a settlement or if a settlement is not imminent, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial pretrial conference.

In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48

hours before the deadline or conference. The written submission must state (1) the original date and the new date requested; (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reason for the extension or adjournment; (5) whether the adversary consents and, if not, the reasons given by the adversary for refusal to consent; and (6) to the extent applicable, the date of the parties' next scheduled appearance before the Court. Unless counsel are notified that a conference has been adjourned, it will be held as scheduled.

Dated: July 19, 2023　　　　　　　　　　　　　　SO ORDERED.
　　　　　New York, New York

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge